```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                                          JS - 6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 157311
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-2931
 9       Facsimile: (213)894-7177
         E-Mail: Monica.Tait@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

12                  UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                         WESTERN DIVISION

15  UNITED STATES OF AMERICA,    )   NO.  CV 08-07040 CAS (RCx)
                                 )
16            Plaintiff,         )   [proposed]
                                 )   CONSENT JUDGMENT
17       v.                      )
                                 )
18  $10,301.00 IN U.S. CURRENCY, )
                                 )
19            Defendant.         )
    ─────────────────────────────)

21       The court having reviewed the stipulation between plaintiff

22  United States of America and potential claimant Lisa Croom

23  requesting entry of this order, IT IS HEREBY ORDERED as follows:

24       1.   On October 24, 2008, plaintiff United States of America

25  commenced this judicial forfeiture action by filing a Complaint

26  alleging that the defendant $10,301.00 in U.S. Currency

27  ("defendant currency") is forfeitable to the United States

28  pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

In administrative forfeiture proceedings, Lisa Croom has claimed to have an ownership interest in a portion of the defendant currency.

2. Plaintiff has notified other potential claimants, including Gary L. Meeks, of this action pursuant to Supplemental Rule C of the Federal Rules of Civil Procedure. Notice of forfeiture of the defendant currency was posted on an official government internet site, www.forfeiture.gov, for at least 30 consecutive days beginning on November 3, 2008 in accordance with Supplemental Rule G(4)(a)(iv)(C) for Admiralty or Maritime Claims and Asset Forfeiture Actions. No claims or answers have been filed to contest the forfeiture of any portion of the defendant currency, the time for filing claims and answers has expired, and the clerk entered default on April 14, 2008 against Meeks and all potential claimants other than Lisa Croom. All potential claimants to the defendant other than Lisa Croom are deemed to have admitted the allegations of the complaint. In light of the stipulation requesting entry of this order ("stipulation"), Lisa Croom is hereby relieved from the requirement of filing a claim and answer to contest the forfeiture of the defendant currency.

3. It is the intention of plaintiff United States of America and potential claimant Croom to resolve all of their competing claims to the defendant currency by their stipulation .

4. This Court has jurisdiction over the subject matter of the present action and over the parties to the stipulation.

5. The Complaint states a claim for relief against the defendant currency under 21 U.S.C. § 881(a)(6).

6. Based on the stipulation, the court orders the

following disposition of the defendant currency:

    a.    The United States shall return $3,000.00 of the defendant $10,301.00 U.S. Currency to Lisa Croom, plus all interest actually accrued thereon from the date of seizure.  The United States Marshals Service ("USMS") shall return the funds via check payable to "Paul Gabbert Client Trust Account," and shall mail the payment to Paul L. Gabbert, 2115 Main Street, Santa Monica, California 90405 within 30 days of the date of entry of the accompanying Order.

    b.    The United States shall have judgment against the interests of Lisa Croom, and all other potential claimants, in the remaining $7,301.00 of the defendant currency.  Thus, $7,301.00 of the defendant currency the defendant currency is hereby condemned and forfeited to the United States of America.  The United States Marshals Service shall dispose of the forfeited $7,301.00 portion of the defendant currency in accordance with law.

    7.    Except as to such rights and obligations created by their stipulation, Lisa Croom agrees to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency), including without limitation the Drug Enforcement Administration, acting in their individual or official capacities, from all claims, actions or proceedings, including, but not limited to, any claim for attorney's fees and/or costs, or interest, which may hereafter be asserted or brought by her or on her behalf

which arise out of the present action.

    8.   Each party shall bear its own costs of litigation and attorney's fees.  Each party waives its right to appeal.  This Order constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

    9.   The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of their settlement.  The clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving this action.

    SO ORDERED this 17TH day of April, 2009.

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney

_____/S/_____
MONICA E. TAIT, AUSA
Attorneys for Plaintiff
UNITED STATES OF AMERICA